JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINA GIRON DIMAPILIS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Q SQUARED SOLUTIONS LLC, a North Carolina corporation, et al.<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-10687-SPG-JC<br><br>**ORDER GRANTING FIRST STIPULATION TO DISMISS CASE PURSUANT TO SETTLEMENT**<br>**[ECF NO. 16]** |

　　Before the Court is the parties' Joint Stipulation and Request for Dismissal of Entire Case With Prejudice, (ECF No. 16 ("Stipulation")), which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All pending dates are vacated and taken off calendar. The Clerk is directed to close the file.

　　**IT IS SO ORDERED.**

DATED: October 20, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. SHERILYN PEACE GARNETT
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE